

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Roderic M. Wright, Barbara J. Wright | Civil Action No. 17-cv-01694-L-MDD |
| Plaintiff, | |
| V. | |
| See Attached | JUDGMENT IN A CIVIL CASE |
| Defendant. | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court Grants Defendants' motion to dismiss for lack of personal jurisdiction.

Date: 5/23/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ S. Tweedle
S. Tweedle, Deputy

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** 17-cv-01694-L-MDD

Sidney W. Jackson, III, an individual; Jackson, Foster & Richardson, LLC, an Alabama limited liability company, also known as Sid Jackson & Associates, also known as, Jackson and Foster LLC, also known as J. Don Foster, LLC; Dana L. Jeffries, an individual; Michael J. Wierzbicki, an individual, doing business as Pensacola Court Reporting, doing business as, Wierzbicki Court Reporting Service

Defendants